BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
KEVIN P. ROONEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAYKHAM SOMPHOUNE,<br><br>Defendant. | CASE NO. 1:14-CR-00061-AWI-BAM<br><br>STIPULATION AND ORDER BETWEEN THE UNITED STATES AND DEFENDANT SAYKHAM SOMPHOUNE  FOR LIMITED DISCLOSURE OF TITLE III ELECTRONIC SURVEILLANCE |

**STIPULATION**

The parties to this action, by and through their respective counsel, stipulate and agree as follows:

1. Electronic surveillance was conducted in connection with the investigation in the above-captioned case.  Specifically, the government conducted electronic surveillance pursuant to an Order signed by this Court authorizing Title III wire and text interceptions (1:14-SW-00001-AWI). Accordingly, numerous documents were filed with the Court, under seal, relating to the electronic surveillance.

2. Persons who have not been charged in any criminal conduct, but who were identified in the documents filed with the court regarding the electronic surveillance and/or whose communications were intercepted have privacy interests.

STIPULATION AND ORDER                                  1

3. The government has discovery obligations to the defendants with regard to documents filed with the Court and the intercepted communications.

4. Disclosure by the government will implicate the privacy interest of the persons mentioned in paragraph 2 above.

5. Therefore, the parties and defense counsel, including but not limited to defense counsel's staff, investigators, and outside assistants, shall not disclose the contents of the documents released by the government through discovery except as necessary for investigative work for the prosecution or for the presentation of defenses in this case.

6. The documents filed with the Court in connection with the electronic surveillance in this case shall remain sealed form the general public.

IT IS SO STIPULATED.

Dated: April 2, 2014            BENJAMIN B. WAGNER
                                United States Attorney


                                 /s/ Grant B. Rabenn
                                GRANT B. RABENN
                                Assistant United States Attorney

Dated: April 2, 2014             /s/ Saykham Somphoune
                                Robert Wynne
                                Counsel for Defendant Saykham Somphoune

**ORDER**

IT IS SO ORDERED.

Dated:   April 4, 2014           _____
                                SENIOR  DISTRICT  JUDGE

STIPULATION AND ORDER            2