IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:14-cr-00061-AWI-BAM-2 |
| Plaintiff, | ) ORDER OF RELEASE |
| vs. | ) |
| SAYKHAM SOMPHOUNE, | ) |
| Defendant. | ) |

The above named defendant having been sentenced on May 4, 2015 to 13 months and 17 days (TIME SERVED),

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH.  A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   May 4, 2015                        _____
                                             SENIOR DISTRICT JUDGE