UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE:  Saykham  Somphoune**<br>       **Docket Number:  0972 1:14CR00061-002**<br>       <u>**PERMISSION TO TRAVEL**</u><br>       <u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Saykham Somphoune is requesting permission to travel to Laos, Thailand.  Saykham Somphoune is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On May 4, 2015, Saykham Somphoune was sentenced for the offense of 18 USC 371 – Conspiracy (Class D Felony).

**Sentence Imposed:**  13 months and 17 days (Credit for time served) custody in the Bureau of Prisons, 36 months Supervised Release, $100 Special Assessment (Paid), and $13,962 Restitution (Paid)

**Dates and Mode of Travel:**  June 18, 2017, through August 12, 2017.  Travel arrangements will be secured upon Court approval.

**Purpose:**  To visit family

**RE:** **Saykham Somphoune**
**Docket Number: 0972 1:14CR00061-002**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Tim Mechem

TIM D. MECHEM
Supervising United States Probation Officer

Dated: March 30, 2017
Fresno, California
TDM/rmv

/s/ Brian J. Bedrosian

**REVIEWED BY:** **BRIAN J. BEDROSIAN**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

☒  Approved    ☐  Disapproved

IT IS SO ORDERED.

Dated: March 31, 2017

_____
SENIOR DISTRICT JUDGE