UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE: Saykham Somphoune**<br>**Docket Number: 0972 1:14CR00061-002**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Saykham Somphoune is requesting permission to travel to Laos and Thailand. Saykham Somphoune is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 4, 2015, Saykham Somphoune was sentenced for the offense of 18 USC 371 – Conspiracy (Class D Felony).

**Sentence Imposed:** 13 months and 17 days (Credit for time served) custody in the Bureau of Prisons, 36 months Supervised Release, $100 Special Assessment (Paid), and $13,962 Restitution (Paid)

**Dates and Mode of Travel:** January 14, 2018, through February 21, 2018. Travel arrangements will be secured upon Court approval.

**Purpose:** To visit family and attend religious ceremonies for his father and mother.

**RE:    Saykham  Somphoune**
         **Docket Number:  0972 1:14CR00061-002**
         <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

/s/ Tim Mechem

TIM D. MECHEM
Supervising United States Probation Officer

Dated:   December 18, 2017
         Fresno, California
         TDM/rmv

---

## ORDER OF THE COURT

☒   Approved      ☐   Disapproved

IT IS SO ORDERED.

Dated:  December 19, 2017         _____
                                  SENIOR  DISTRICT  JUDGE